O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.4.14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES WILLIAM BRAMMER,          )     Case No. CV 12-8091-MWF (RNB)
                                )
                Plaintiff,      )     ORDER ACCEPTING FINDINGS
                                )     AND RECOMMENDATIONS
        vs.                     )     OF UNITED STATES
                                )     MAGISTRATE JUDGE
BRET RICHARDS,                  )
                                )
                Defendant.      )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: February 25, 2014.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE