I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.4.14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM BRAMMER, | Case No. CV 12-8091-MWF (RNB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| BRET RICHARDS, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 25, 2014.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE